■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN WILLIAMS, Appellant. [51 NYS3d 393]—

Judgment, Supreme Court, New York County (Daniel McCullough, J.), rendered December 15, 2011, convicting defendant, upon his plea of guilty, of criminal contempt in the second degree, and sentencing him to time served, unanimously affirmed.

The accusatory instrument was not jurisdictionally defective. Giving the instrument "a fair and not overly restrictive or technical reading" (*People v Casey*, 95 NY2d 354, 360 [2000]), we find "as a matter of common sense and reasonable pleading" (*People v Davis*, 13 NY3d 17, 31 [2009]) that the factual allegations were sufficient to charge defendant with intentionally violating a provision of an order of protection that directed him to stay away from the complainant's place of employment, in that the allegations constituted facts "supporting or tending to support the charges" (CPL 100.15 [3]), and "provide[d] rea-

sonable cause to believe that the defendant committed the offense . . . ." (CPL 100.40 [1] [b].) Concur—Acosta, J.P., Mazzarelli, Manzanet-Daniels and Webber, JJ.